UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

    Plaintiff,

v.

CONTRACTORS CARGO COMPANY,

    Defendant.

CASE NO. C18-0010JLR

JUDGMENT

## SUMMARY OF JUDGMENT

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Contractors Cargo Company |
| Principal Judgment | $4,388.35 |
| Liquidated damages | $877.67 |
| Interest to Date of Judgment: | $370.43 |
| Attorneys Fees: | $1,148.35 |
| Costs: | $580.00 |
| Other Recovery Amounts: | NONE |
| Percent Interest on Principal: | Five percent (5%) per annum |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

1   THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of Russell J. Reid and the exhibits thereto, Declaration of Jeremy Schumacher and the exhibits thereto, in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 63 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the audit period July 1, 2013 through September 30, 2016: for contributions of $4,388.35, for liquidated damages of $877.67, for pre-judgment interest of $370.43, for attorneys' fees of $1,148.35, and for costs of $580.00; all for a total of $7,364.80.

Dated this _____ day of July, 2018.

JAMES L. ROBART
United States District Judge

Presented for Entry by:

/s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff

ORDER - 2